McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (916) 410-7761, THAT IS STORED AT PREMISES CONTROLLED BY AT&T | CASE NO. 3:19-sw-0039 DMC<br><br>ORDER COMMANDING AT&T NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT<br><br>**UNDER SEAL** |
|---|---|

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding AT&T, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the WARRANT) of the existence of the attached WARRANT for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached WARRANT will seriously jeopardize the investigation or unduly delay a trial, including by giving the target an opportunity to destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T shall not disclose the existence of the attached WARRANT or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order, except that AT&T may disclose the attached WARRANT to an attorney for AT&T for the purpose of receiving legal advice.

///

1    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
2  ordered by the Court.

Dated: November 21, 2019

_____
Hon. Dennis M. Cota
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER